## John S. MORAN, Respondent,

v.

## Andrea L. MORAN, n/k/a Miles, Appellant.

### No. ED 102589

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 22, 2015

Bruce Francis Hilton, Hilton Family Law Group, LLC, 1099 Milwaukee Street, Suite 260, Kirkwood, MO 63122, Attorney for Appellant.

Nathan S. Cohen, 210 South Bemiston Avenue, Clayton, MO 63105, Attorney for Respondent.

### ORDER

PER CURIAM

Andrea L. Moran n/k/a/ Miles appeals from the judgment in favor of John S.

---

1. All further statutory references are to RSMo 1994, unless otherwise indicated.

Moran in the amount of $43,278.00 for attorney's fees and costs. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).